No. 04–6974.  MORALES-DE JESUS v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 04–7537.  FITZPATRICK v. OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 04–7843.  CLARK v. ALABAMA.  Ct. Crim. App. Ala.  Certiorari denied.

No. 04–7939.  RODRIGUEZ-HERRERA v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 04–8117.  FORDE v. CLARK, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 04–8606.  TYSON v. COOPER, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 04–8664.  COLBURN v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 04–8823.  JONES v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 04–8969.  GRAY v. MISSISSIPPI.  Sup. Ct. Miss.  Certiorari denied.

No. 04–8991.  HUGHES v. MISSISSIPPI.  Sup. Ct. Miss.  Certiorari denied.

No. 04–9167.  KIRCHOFF v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 04–9172.  BRANDON P., A JUVENILE v. UNITED STATES. C. A. 9th Cir.  Certiorari denied.

No. 04–9248.  CERNA-SALGUERO, AKA REYES v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 04–9654.  QUINTANA v. ADAMS, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 04–9658.  HAMILTON v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.